E-filing

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

MAUREEN C. BESSETTE
Assistant U.S. Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3691
   Telefax:   (510) 637-3724

Attorneys for the United States

FILED
2008 FEB 29 AM 9: 36
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>     v. <br> JESSE EDDIE ABUNDIZ <br>     Defendant. | CRIMINAL NO. 08-70117 WDB <br><br> NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

    Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on February 29, 2008, the above-named defendant was arrested based upon an arrest warrant (copy attached) issued upon an

    x  Indictment
    ☐  Information
    ☐  Criminal Complaint
    ☐  Other (describe) _____

pending in the District of Nevada, Case Number 2:08-CR-047.

    In that case, the defendant is charged with a violation of Title 21, United States Code, Section 841(a)(1), Possession With Intent to Distribute Controlled Substances.

<u>Description of Charge</u>: Indictment charges defendant with knowingly and intentionally possessing with the intent to distribute approximately 9,468.24 grams of anabolic steroid, a

1

1 | Schedule III Controlled Substance in violation of 21 U.S.C. § 841(a)(1).

2

3 | Maximum prison sentence 5 years;

4 | Maximum fine $250,000;

5 | Maximum supervised release term 3 year;

6 | Mandatory special assessment $100.

7

8

9 | Respectfully Submitted,

10 | JOSEPH P. RUSSONIELLO
UNITED STATES ATTORNEY

11

12 | Date: 2/29/08

MAUREEN C. BESSETTE
13 | Assistant U.S. Attorney

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

✈AO 442   (Rev. 10-03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of NEVADA

UNITED STATES OF AMERICA

V.

JESSE ABUNDIZ

**WARRANT FOR ARREST**

Case Number:  2:08-cr-047

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest

JESSE ABUNDIZ
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her with (brief description of offense)

POSSESSION WITH INTENT TO DISTRIBUTE A CONTROLED SUBSTANCE

in violation of Title  21  United States Code, Section(s)  841(a)(1)

LANCE S. WILSON
CLERK

*Lance S. Wilson*
(By) DEPUTY CLERK

February 27, 2008
DATE

Las Vegas, Nevada

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |