# MAGISTRATE JUDGE MINUTE ORDER

DOCUMENTS UNDER SEAL: ☐
TOTAL TIME (mins): 34 Mins

| | |
|---|---|
| DEPUTY CLERK: Ivy L. Garcia | REPORTER/FTR: 10:02:04-10:11:03, 1:02:18-1:17:10, FTR: 2/29/08 1:25-1:35 (in Chambers) |
| MAGISTRATE JUDGE: HON. WAYNE D. BRAZIL | DATE: 2/29/08 |
| NEW CASE: ☐ | CASE NUMBER: 4-08-70117-WDB |

## APPEARANCES

| DEFENDANT: JESSE ABUNDIZ | AGE: | CUST: Yes | P/NP: P | ATTORNEY FOR DEFENDANT: Joyce Leavitt | PD. ☐  RET. ☒  APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY: Maureen Bessette | | INTERPRETER: Int. not needed by deft. | | FIN. AFFT SUBMITTED ☐ | COUNSEL APPT'D ☐ |
| PROBATION OFFICER: None | PRETRIAL SERVICES OFFICER: Taifa Gaskins | | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT OF CJA FEES ☐ |

## PROCEEDINGS SCHEDULED TO OCCUR

| ☒ INITIAL APPEAR on a Rule 5, 34 Mins HELD | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

## INITIAL APPEARANCE

| ☒ ADVISED OF RIGHTS 2/29/08 | ☒ ADVISED OF CHARGES 2/29/08 | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

**FILED FEB 29 2008**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

## RELEASE

| ☐ RELEASED ON O/R | ☒ ISSUED APPEARANCE BOND | AMT OF SECURITY: $100,000 PR UNSECURED | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED: ☐ CASH $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☒ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF NEVADA, LAS VEGAS FORTHWITH

## PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

## CONTINUANCE

| TO: 3/6/08 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT: 3:00 p.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGNMENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON. PEGGY A. LEEN | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

## ADDITIONAL PROCEEDINGS

The deft. waived his Identity/Removal Hrg. in this district. The Court ordered that the deft. must report to USDC, District of Nevada, Las Vegas bef. Mag. Judge Peggy A. Leen on 3/6/08 at 3:00 p.m. and when summoned by that District, and to abide by further orders of that Court. Since the deft's mother & deft's wife arrived after the court, the Court explained to the deft's mother & deft's wife the risks & obligations associated with them acting as sureties on the Bond off the record, in Chambers. Both understood & accepted the risks and therefore signed the Bond.

DOCUMENT NUMBER:

cc: WDB's Stats, Pretrial, Financial