# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

UNITED STATES OF AMERICA
v.
JESSE EDDIE ABUNDIZ

**COMMITMENT TO ANOTHER DISTRICT**

FILED FEB 2 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 4-08-70117-WDB | 2:08-cr-047 | 4-08-70117-WDB | 2:08-cr-047 |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
[XX] Indictment  [ ] Information  [ ] Complaint  [ ] Other (specify)

**charging a violation of** Title 21 U.S.C. § 841(a)(1)

**DISTRICT OF OFFENSE**
U.S. District Court, District of Nevada, Las Vegas

**DESCRIPTION OF CHARGES:**
Possession with Intent to Distribute a Controlled Substance

**CURRENT BOND STATUS:**

[XX] Bail Fixed at $100,000 PR (Personal Recognizance). The Court did not require the deft's mother to post her property but ordered her not to sell, incumber against, transfer ownership, or do anything to depreciate its value until she's relieved from her obligation as surety on the Bond or until Bond is exonerated or until further order of the Court or until deft's case is over.
[XX] Other (specify) On 2/29/08, the defendant waived his Identity/Removal Hrg. in the District of Arrest.

**Representation:** [ ] Retained Own Counsel  [XX] Federal Defender Organization  [ ] CJA Attorney  [ ] None

**Interpreter Required?** [X] No  [ ] Yes  Language:

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

IT IS HEREBY ORDERED that the defendant must report to the U.S. District Court, District of Nevada, Las Vegas before Magistrate Judge Peggy A. Leen on **THURSDAY, MARCH 6, 2008 at 3:00 p.m.** and when summoned by that District, and to abide by further orders of that Court.

2/29/08
Date

United States Judge or Magistrate Judge  WAYNE D. BRAZIL

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|

*Handwritten margin note: Mec: WDB's staff, a certified copy to Marshal, copy to parties via ECF, Pretrial, Financial*