UNITED STATES DISTRICT COURT
Northern District of California
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

March 3, 2008

*2008 MAR -5 P 3: 04*

*CLERK US DISTRICT COURT*
*DISTRICT OF NEVADA*

*BY_____ DEPUTY*

*FILED MAR 1 2 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND*

Office of the Clerk
U.S. District Court, District of Nevada
Lloyd D. George U.S. Courthouse
333 Las Vegas Blvd., South
Las Vegas, NV. 89101

Case Name:     US-v-Jesse Eddie Abundiz
Case Number:   4-08-70117-WDB          District of Nevada #2:08-cr-047
Charges:       21:841(a)(1) Possession with intent to distribute a controlled substance

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Wayne D. Brazil. The following action has been taken:

( )     The U.S. Marshal has been ordered to remove this defendant
        to your district forthwith.

(X)     The defendant has a court appearance in your court on: 3/6/08 @ 3:00PM

Enclosed are the following documents:
        original Rule 5 affidavit
    certified copy of *AO 94, Commitment to Another District*
        Other misc documents

**Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.**

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: Kelly Collins
Case Systems Administrator

Enclosures
cc: Financial Office

--------------------------------------------------------------------------------
Receipt of the above-described documents is acknowledged herewith and assigned case number:

_____.

Date: _____

CLERK, U.S. DISTRICT COURT

By _____
   Deputy Clerk